**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MADELINE MEAD,** | ) |
| **Plaintiff** | ) |
| v. | ) Case No.: 5:18-cv-01313 |
| **SANTANDER CONSUMER U S A INC,** | ) |
| **Defendant** | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint without prejudice to pursue this claim in private arbitration.

Dated: November 8, 2018

BY: */s/ Samuel John Ford*
Samuel John Ford, Esq.
Varadi Hair & Checki
909 Poydras St Ste 1100
New Orleans, LA 70112
504-684-5200
Fax: 504-613-6351
Email: ford@svhclaw.com
Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 8th day of November, 2018, a true and correct copy of the foregoing pleading served via mail to the below:

**Santander Consumer, USA, Inc.**
**1601 Elm Street, Suite 800**
**Dallas TX 75201**

BY: */s/ Samuel John Ford*
Samuel John Ford, Esq.
Varadi Hair & Checki
909 Poydras St Ste 1100
New Orleans, LA 70112
504-684-5200
Fax: 504-613-6351
Email: ford@svhclaw.com
Attorney for Plaintiff